IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHRYL MARTIN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:18cv270 |
| | ) | **Electronic Filing** |
| **LIFE INSURANCE COMPANY OF** | ) | |
| **NORTH AMERICA (d/b/a CIGNA)**, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 9th day of August, 2018, the court having been advised by counsel that

settlement has been reached and that the only remaining matter is the submission of a stipulation

for settlement and discontinuance.  Now, therefore, with no further action being required by the

court at this time, the following order is entered:

IT IS ORDERED that the Clerk shall remove this case from the docket for administrative

purposes.  Nothing contained in this order shall be construed as a final dismissal or disposition of

this case and, should further proceedings in it become necessary, the case shall be reinstated to

the docket upon written request of either party.  Jurisdiction is retained over the completion and

enforcement of settlement.


s/ DAVID STEWART CERCONE
David Stewart Cercone
Senior United States District Judge

cc:    David M. Kobylinski, Esquire
       Peter T. Kobylinski, Esquire
       Cory S. Winter, Esquire
       James A. Keller, Esquire

       (*Via CM/ECF Electronic Mail*)